1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

RICHARD A FAHEY,

8
                    Plaintiff,

9
        v.

10
COMMISSIONER OF SOCIAL SECURITY,

11
                    Defendant.

Case No. C19-5220 JCC

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

12

13      The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

14      (1)      Plaintiff shall be issued summonses.

15      (2)      Plaintiff is responsible for serving the complaint and summonses, and must file

proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may

16

effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a

17

copy of the summonses and complaint, along with plaintiff's identifying information, by email to

18

USAWAW.SSAClerk@usdoj.gov.

19

        DATED this 26th day of March, 2019.

20

21

22

John C. Coughenour
UNITED STATES DISTRICT JUDGE

23