UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD A. FAHEY, | CASE NO. C19-5220-JCC |
| Plaintiff, | ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for an award of attorney fees to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 24). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $6,054.87, subject to any offset allowed under the Treasury Offset Program as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010). (Dkt. No. 24 at 1.) If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees are not subject to any offset, then the check or checks for EAJA fees shall be made payable to Plaintiff's attorney, Jeanette Laffoon, based on Plaintiff's assignment of these amounts to counsel. (Dkt. No. 25-1.) The check or checks shall be mailed to Plaintiff's counsel at the following address: Jeanette Laffoon, Attorney for Plaintiff, 410-A South Capitol Way, Olympia, WA 98501.

DATED this 6th day of March 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-5220-JCC
PAGE - 2